IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SONWEST CO., § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:20-CV-00842 |
| § | |
| J. TERRON EVERSTON, in his official § | |
| capacity as Williamson County Engineer; § | |
| BILL GRAVELL, in his official capacity § | |
| as Williamson County Judge; and TERRY § | |
| COOK, CYNTHIA LONG, VALERIE § | |
| COVEY, and RUSS BOLES in their § | |
| official capacities as Williamson County § | |
| Commissioners, § | |
|     Defendants. § | |

**NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

TO THE HONORABLE COURT:

In accordance with provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following parties J. Terron Evertson, Bill Gravell, Terry Cook, Cynthia Long, Valerie Covey, and Russ Boles through counsel C. Robert Heath and Daniel J. Olds decline to consent to trial before a United States Magistrate Judge.

                                          Respectfully submitted,

                                          /s/ Daniel J. Olds
                                          C. Robert Heath
                                          Texas Bar No. 09347500
                                          bheath@bickerstaff.com
                                          Daniel J. Olds
                                          Texas Bar No. 24088152
                                          dolds@bickerstaff.com

BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Fax: (512) 320-5638

**COUNSEL FOR DEFENDANTS
J. TERRON EVERTSON, BILL GRAVELL,
TERRY COOK, CYNTHIA LONG, VALERIE
COVEY, and RUSS BOLES**

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2021, a true and correct copy of the foregoing document was filed with the Court via the CM/ECF, and that a true and correct copy of this document was served upon all counsel of record by electronic service via the Court's CM/ECF.

/s/ Daniel J. Olds
Daniel J. Olds