IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SONWEST CO.,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:20-CV-842-RP |
| J. TERRON EVERTSON, in his<br>official capacity as Williamson County<br>Engineer,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER ON MOTION TO WITHDRAW

ON THIS DAY, the Court considered the Plaintiff's Motion for Withdrawal of Co-Counsel for Defendant J. Terron Evertson. The Court is of the opinion that the same should be in all things granted.

IT IS THEREFORE ORDERED that Daniel J. Olds is withdrawn as counsel in this matter and is hereby discharged from any further responsibility or action in this file.

SIGNED THIS ____, day of _____, 2021.

_____
JUDGE PRESIDING

1